UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RATNA KAMMULURI, Derivatively on behalf of OCUGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHANKAR MUSUNURI, KIRSTEN M. CASTILLO, PRABHAVATHI FERNANDES, UDAY KOMPELLA, RAMESH KUMAR, JUNGE ZHANG, MARNA C. WHITTINGTON, SANJAY SUBRAMANIAN, MANISH POTTI, JESSICA CRESPO, QUAN VU, and MICHAEL BREININGER, <br><br> Defendants, <br><br> and <br><br> OCUGEN, INC., <br><br> Nominal Defendant. | Case No: 2:24-cv-04864 |

## JOINT STIPULATION FOR ORDER STAYING CASE PENDING RESOLUTION OF THE MOTION TO DISMISS IN THE RELATED SECURITIES CLASS ACTION

The parties to the above captioned matter, by and through the undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 13, 2024, Plaintiff Ratna Kammuluri ("Plaintiff") filed a shareholder derivative action on behalf of Nominal Defendant Ocugen, Inc. ("Ocugen") in this Court alleging violations of Section 14(a) of the Exchange Act, breaches of fiduciary duties as directors and/or officers of Ocugen, gross mismanagement, waste of corporate assets, unjust enrichment, aiding and abetting, insider selling, and seeking contribution under Sections 21D of the Securities Exchange Act of 1934 against Defendants Shankar Musunuri, Kristen Castillo, Prabhavathi Fernandes, Uday Kompella, Ramesh Kumar, Junge Zhang, Marna C. Whittington,

- 1 -

Sanjay Subramanian, Manish Potti, Jessica Crespo, Quan Vu, and Michael Breininger, captioned *Kammuluri v. Musunuri et al.*, Case No. 2:24-cv-04864 (the "Derivative Litigation");

WHEREAS, on November 7, 2024, the Court held a conference in the Derivative Litigation as well as related actions: *Watts v. Ocugen, Inc. et al.*, Civil Action No. 2:24-cv-02234; *Garg v. Ocugen, Inc. et al.*, Civil Action No. 2:24-cv-03119; *Voter v. Musunuri,* Civil Action No. 2:24-cv-03209; and *Smaardyk v. Musunuri et al.*, Civil Action No. 2:24-cv-04813 ("Related Derivative Litigations"), whereby it was agreed that litigation in the Derivative Litigation and Related Derivative Litigations would be held in abeyance pending developments in the Securities Class Action (defined below);

WHEREAS, the parties hereby jointly stipulate to formally stay the Derivative Litigation, until and through the resolution of the motion to dismiss that has been filed in the related securities class action that was filed against Ocugen and certain of the Individual Defendants, captioned *Patterson v. Ocugen, Inc. et al.*, Civil Action No. 2:24-cv-01500, in the United States District Court for the Eastern District of Pennsylvania (the "Securities Class Action");

WHEREAS, the Securities Class Action is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which imposes a stay of discovery in the Securities Class Action until after plaintiffs have established that they can state a claim for relief against the defendants;

WHEREAS, this joint stipulation will promote the efficient and orderly administration of justice by coordinating the Derivative Litigation with the Securities Class Action;

WHEREFORE, the parties, through the undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. The Derivative Litigation (including all discovery) shall be stayed until thirty (30) days after the entry of any order(s) denying in full or in part a motion to dismiss in the Securities Class Action, or a final order dismissing the Securities Class Action with prejudice.

2. If the stay of proceedings is lifted, within fourteen (14) days thereafter, the parties shall meet and confer and submit a proposed scheduling order governing further proceedings in the Derivative Litigation, including the date by which Defendants must answer or otherwise plead.

3. Ocugen agrees that in the event Ocugen agrees to produce, or is ordered to produce by a court of competent jurisdiction, any documents pursuant to a books and records request concerning the subject matter of the Derivative Litigation to any holder or beneficial owner of Ocugen stock, then copies of such documents shall also be provided to counsel for Plaintiff within fourteen (14) days, subject to a confidentiality agreement or protective order.

4. Specifically, prior to the production of any documents by Defendants to Plaintiff, the parties shall enter into a confidentiality agreement and/or a protective order. Defendants reserve the right to use any documents provided to Plaintiff pursuant to a books and records request in responding, including moving to dismiss any derivative complaint filed by Plaintiff herein.

5. The parties shall promptly notify each other of any additional related derivative lawsuits of which they become aware. Defendants currently are aware of the Related Derivative Litigations and *Krämer v. Musunuri*, Case No. 2025-0095 filed in the Court of Chancery of the State of Delaware.

6. The parties agree that Defendants will use reasonable best efforts to seek to stay proceedings on substantially similar terms with respect to any pending or subsequently-filed shareholder derivative actions that involve similar or related claims, or are otherwise deemed related to the Derivative Litigation ("Related Derivative Actions"). For avoidance of doubt, if

Defendants are unable to stay proceedings with any such pending or future derivative plaintiffs, or a stay is not entered or is otherwise lifted, Plaintiff may seek to lift the stay of this Derivative Litigation by filing a notice that the stay is lifted fourteen (14) days in advance of the date that it is lifted, and Defendants reserve all rights and the parties agree that Defendants have no further obligations under this paragraph.

7. In the event that Defendants participate in settlement talks with the plaintiffs in the Securities Class Action (a "Settlement Discussion"), Defendants will agree to notify Plaintiff of the Settlement Discussion.

8. If a mediation is held in an effort to settle the Securities Class Action, Defendants shall provide Plaintiff with reasonable advance notice, and shall include Plaintiff in, such mediation; provided that in the event that lead plaintiffs in the Securities Class Action object to the inclusion of Plaintiff, Defendants shall mediate with Plaintiff at or about the same time.

9. If a mediation and/or formal settlement talks are held in an effort to settle a Related Derivative Action, Defendants shall provide Plaintiff with reasonable advance notice of, and shall include Plaintiff in, such mediation and/or formal settlement talks.

10. Notwithstanding this stay of the Derivative Litigation, Plaintiff may file an amended complaint during the pendency of the stay. Any such amended complaint(s) shall be governed by this stay and as such Defendants shall be under no obligation to respond to any such amended complaint(s) while the Derivative Litigation is stayed, unless otherwise ordered by the Court.

**IT IS SO STIPULATED.**

| | |
|---|---|
| **THE ROSEN LAW FIRM, P.A.** | **TROUTMAN PEPPER LOCKE LLP** |
| | |
| */s/ Phillip Kim* | */s/ Jay A. Dubow* |
| Jacob A. Goldberg | Jay A. Dubow (PA Bar No. 41741) |
| Olivia Simkins | 3000 Two Logan Square |
| 101 Greenwood Avenue, Suite 440 | Eighteenth & Arch Streets |
| Jenkintown, PA 19046 | Philadelphia, PA 19103-2799 |
| Telephone: (215) 600-2817 | Telephone: (215) 981-4000 |
| Email: jgoldberg@rosenlegal.com | Email: jay.dubow@troutman.com |
| Email: osimkins@rosenlegal.com | |
| | Whitney R. Redding (PA Bar No. 308893) |
| Phillip Kim (admitted *pro hac vice*) | Union Trust Building |
| 275 Madison Avenue, 40th Floor | 501 Grant Street, Suite 300 |
| New York, NY 10016 | Pittsburgh, PA 15219-4429 |
| Telephone: (212) 686-1060 | Telephone: (412) 454-5000 |
| Facsimile: (212) 202-3827 | Email: whitney.redding@troutman.com |
| Email: philkim@rosenlegal.com | |
| | Mary M. Weeks (admitted *pro hac vice*) |
| *Attorneys for Plaintiff Kammuluri* | 600 Peachtree St. NE, Suite 3000 |
| | Atlanta, GA 30062 |
| | Telephone: (404) 885-3000 |
| | Email: mary.weeks@troutman.com |

*Attorneys for Defendants Ocugen, Inc., Shankar Musunuri, Kristen Castillo, Prabhavati Fernandes, Uday Kompella, Ramesh Kumar, Junge Zhang, Marna C. Whittington, Sanjay Subramanian, Jessica Crespo, Michael Breininger, and Manish Potti*

**SHOOK, HARDY & BACON L.L.P.**

*/s/ Thomas J. Sullivan*
Thomas J. Sullivan, BBO#666841
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, Pennsylvania 19103
Telephone: 215.278.2555
Email: tsullivan@shb.com

Andrew S. Boutros (admitted *pro hac vice*)
111 S. Wacker Drive, Suite 4700,
Chicago, IL 60606
Telephone: (312) 704-7700

Email: aboutros@shb.com

*Attorneys for Defendant Quan Vu*

Dated: March 5, 2025                    **APPROVED:**

 /s/ Hon. Kelley B. Hodge
The Honorable Kelley Brisbon Hodge

## ATTESTATION

Pursuant to L.R. 5.1.2.8(c), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Phillip Kim*
Phillip Kim
